1  **SARA M. PELOQUIN**
   California State Bar No.  Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Guzman-Chavez

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    Case No. 08mj0303
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )
                                       )    **NOTICE OF APPEARANCE**
14  **GERARDO GUZMAN-CHAVEZ,**         )
                                       )
15              Defendant.             )
                                       )
16  _____

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19  the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated: February 11, 2008               _/s/_  _Sara Peloquin_____
                                           **SARA M. PELOQUIN**
23                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Mr. Guzman-Chavez
24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3 and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7 Dated:  February 11, 2008                    _/s/  Sara Peloquin_____

**SARA M. PELOQUIN**

8 Federal Defenders of San Diego, Inc.

225 Broadway, Suite 900

9 San Diego, CA  92101-5030

(619) 234-8467  (tel)

10 (619) 687-2666  (fax)

Sara_Peloquin@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ8098-PCL